UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MILEK KEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23-CV-1635 JAR |
| DARNEL SPEAR, et al., | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

In accordance with defendants' answer to the complaint in this matter, the Court will instruct the Clerk to correct the docket to reflect defendants' proper names.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall correct the docket to reflect the proper names of defendants: Darnel Spear, LeeRoy Wilburn, LeRonald Loper, Bruce Borders and Kevin Randolph as set forth in defendants' answer to the complaint [ECF No. 9].

Dated this 30th day of July, 2024.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE